UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA WELLS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:15-cv-00791-AC<br><br><br><br>ORDER |

On April 11, 2015, plaintiff filed a complaint challenging the decision of the Commissioner of Social Security ("the Commissioner") to deny her benefits, along with an application to proceed in forma pauperis.  ECF Nos. 1 & 2.  Plaintiff's affidavit in support of her in forma pauperis application is blank and does not specify whether plaintiff has any income or receives money from any other sources.  ECF No. 2.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).  Plaintiff has submitted a blank affidavit that includes no information regarding what income, if any, she derives from what sources.  ECF No. 2.  Accordingly, plaintiff has made an inadequate

1

1  showing of indigency.  See, e.g., Thompson v. United States, 103 Fed. Cl. 16, 18–19 (2011)
2  (citing 28 U.S.C. § 1915(a)(1)).  Plaintiff will therefore be granted twenty days in which to
3  submit either the appropriate filing fee to the Clerk of the Court or a second application to
4  proceed in forma pauperis.  If plaintiff decides to file a second application to proceed in forma
5  pauperis she must complete the form in full.  Plaintiff is cautioned that failure to pay the fee or
6  file a second application to proceed in forma pauperis will result in a recommendation that the
7  instant action be dismissed with prejudice.
8        Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of
9  service of this order, plaintiff shall submit the appropriate filing fee or file a second application to
10 proceed in forma pauperis.
11 DATED: April 14, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2