# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA WELLS, | ) Case No.: 2:15-CV-00791 AC |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Veronica Wells ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to October 30, 2015; and that Defendant shall have until November 30, 2015, to file her opposition. Any reply by plaintiff will be due December 21, 2015.

1 An extension of time for plaintiff is needed in order to properly address the
2 issues within the administrative record in this matter.  Counsel sincerely apologizes
3 to the court for any inconvenience this may have had upon it or its staff.

DATE: September 29, 2015     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff VERONICA WELLS

DATED:  September 29, 2015   BENJAMIN WAGNER
United States Attorney


*/S/- Ellinor Coder

_____
Ellinor Coder
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including October 30, 2015, in which to file Plaintiff's Opening Brief;
3  Defendant may have an extension of time to November 30, 2015 to file her
4  opposition, if any is forthcoming.  Any reply by plaintiff will be due December 21,
5  2015.
6    IT IS SO ORDERED.
7  DATE:  September 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE