# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| VERONICA WELLS, | Case No.: 2:15-cv-00791-AC |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the stipulation of the parties and finding good cause, the court will grant the parties' Joint Stipulation to Extend Briefing Deadlines, ECF No. 22, as the order of this court. Accordingly, THE COURT HEREBY ORDERS that the deadline for defendant to file her response to plaintiff's motion for summary judgment is extended to January 8, 2016.

DATED: December 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1